Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, CA 93720
(559) 230-1095

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of

LINDA SMITH,

          Debtor.

/

Case No. 16-14480-A-7

Chapter 7

D.C. No. JES-1

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date:  03/28/2017
Time:  9:30 a.m.
Dept.:  A, Courtroom 11

**TO THE HONORABLE FREDRICK E. CLEMENT, BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1.    He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2.    The above-captioned case was filed under Chapter 7 on 12/15/2016.

3.    This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b) (2) (A). This motion is brought pursuant to 11 U.S.C. §363.

4.    The asset of the estate is a 2014 Toyota Camry, VIN: 4T1BK1FK2EU549437.

5.    The trustee has obtained an offer from debtor, Linda Smith to purchase the estate's interest in a 2014 Toyota Camry, VIN: 4T1BK1FK2EU549437, for a net to the estate of

$3,000 ($14,334 fair market value, lien in the amount of $8,284, and $3,050 claimed exemption credit). The funds have been received by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. **The sale is subject to a higher, better bid at the hearing.**

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to debtor, Linda Smith.

DATED: 2/15/17

JAMES E. SALVEN,
Movant